UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
U.S. COURTHOUSE, SUITE 202
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415

OFFICIAL BUSINESS

RECEIVED BY MAIL
NOV 15 2019

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
NOV 15 2019
U.S. DISTRICT COURT MPLS

*Cover sheet completed. Thank you!*

*[signature]*
11/12/19



**From:** Camille A. Abboud
46 Chandler Dr.
Saint Johns, FL 32259

**To: Attn:** Clerk's Office
U.S. District Court
300 South Fourth St.
Suite 202
Minneapolis, MN 55415

RECEIVED BY MAIL

NOV 15 2019
U.S. DISTRICT COURT MPLS

Priority Mail 2-Day
$7.35
Origin: 32259
11/13/19
1144190260-30
0 Lb 8.10 Oz
1021
Expected Delivery Day: 11/15/19

Ship To: 300 S 4TH ST STE 202 MINNEAPOLIS MN 55415-2263

USPS Tracking Number: 9505 5109 3378 9317 6707 67