**PRIORITY MAIL**

DATE OF DELIVERY SPECIFIED*
USPS TRACKING™ INCLUDED*
INSURANCE INCLUDED*
PICKUP AVAILABLE
* Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

U.S. POSTAGE PAID
PM 2-Day
SAINT JOHNS, FL 32259
OCT 30, 19
AMOUNT $7.35
R2305K132489-12

EXPECTED DELIVERY DAY: 11/01/19

USPS TRACKING NUMBER

9505 5109 3378 9303 6644 80

EP14F July 2013
VISIT US AT USPS.COM®

228, March 2016
FOR DOMESTIC AND INTERNATIONAL USE

SCANNED
NOV 15 2019
U.S. DISTRICT COURT MPLS

FROM:
Camille Abboud
46 Chandler Dr.
Saint Johns, FL 32259

TO: U.S. District Court
ATTN: Clerk's Office
300 South Fourth St.
Suite 202
Minneapolis, MN 55415

RECEIVED BY MAIL
NOV 01 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

PRESS FIRMLY TO SEAL




