UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 19-2914 (DSD/BRT)

Camille A. Abboud,

    Plaintiff,

v.

Xcel Energy, Inc., et al.,

    Defendants.

**ORDER**

This matter is before the court sua sponte. On November 1, 2019, plaintiff Camille A. Abboud filed an action in this district alleging workplace discrimination by defendant Xcel Energy, Inc., and certain of its employees and officers. See Abboud v. Xcel Energy, Inc., No. 19-2826 (PJS/TNL) (D. Minn.). Abboud's application to proceed in forma pauperis has been granted in that matter and he has been permitted to proceed with his claims.

The complaint in this matter — also received on November 1, 2019 — is identical to the complaint submitted by Abboud in his earlier lawsuit. Indeed, there is little reason to think that Abboud actually intended to file two separate lawsuits. Abboud did not initially submit a civil cover sheet when he filed his "first" lawsuit. See ECF No. 1-2. But the action was initiated anyway, and — as stated above — Abboud has already been permitted to proceed in that case. When the cover sheet was received from

Abboud, this "second" lawsuit, identical to the first, was opened.

There is no benefit to Abboud or anyone else in proceeding with duplicative litigation.  As a result, this action will be administratively terminated without prejudice to Abboud's right to proceed with his claims for relief in the earlier lawsuit.

Accordingly, based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that this matter is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 26, 2019

/s David S. Doty
David S. Doty, Judge
United States District Court